UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

              v.                              CASE NO. 8:14-CR-244-T-23EAJ

JUNIOR ALVAREZ VERA, ET AL.

## THE PARTIES' JOINT STATUS
## REPORT FOR AUGUST 15, 2014

The United States of America, by and through its representative, the undersigned Assistant United States Attorney, respectfully submits the instant joint status report, advising the Court of the current status of the case.   The United States contacted defense counsel for Defendants Junior Alvarez Vera and Andray Pimiento Cruz with respect to this report.   Any information received from defense counsel is reflected in the report.

    **1.**      **Brief summary of the case's status**

The case is currently set on the Court's September 2014 trial calendar.   The United States has provided discovery and proposed plea agreements to defense counsel.

Based on the filing of the indictment on June 11, 2014, the United States calculates that 28 days have run on the speedy trial clock.

**2.** **Possibility of a plea agreement**

The United States expects that Defendant Cruz will be pleading guilty.   It is

unclear if Defendant Vera will be pleading guilty, although defense counsel

indicates he is leaning toward a trial.

**3.** **Number of days required for trial**

The United States expects that the government's case-in-chief would take

approximately three days to try.

**4.** **Pending motions**

There are no pending motions at this time.

**5.** **Speedy trial issues**

As noted above, there are no speedy trial problems in this case at this time.

WHEREFORE, the United States respectfully requests that the Court take

notice of the above.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney


By:    /s/ Patrick Scruggs
PATRICK SCRUGGS
Assistant United States Attorney
United States Attorney No.140
400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6125
E-mail:   patrick.scruggs@usdoj.gov

**Junior Alvarez Vera, et al.**                    **Case No. 8:14-CR-244-T-23EAJ**

### CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2014, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

> Ray C. Lopez, Esq.
> Charles M. Britt, III, Esq.

 */s/ Patrick Scruggs*
PATRICK SCRUGGS
Assistant United States Attorney
United States Attorney No.140
400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6125
E-mail:   patrick.scruggs@usdoj.gov